

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00516-CV

| | | |
|---|---|---|
| VIOLETA PASKAUSKIENE, Appellant | § | On Appeal from County Court at Law No. 3 |
| v. | § | of Tarrant County (2024-001211-3) |
| | § | August 14, 2025 |
| TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is vacated and the appeal is dismissed as moot.

It is further ordered that Appellant Violeta Paskauskiene shall pay all costs of the appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth